UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERIC A. CARUCCI and SUZANNE CARUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS SERVICING, LP, a/k/a BAC HOME LOANS SERVICING LP, a foreign limited partnership; RECONTRUST COMPANY, N.A., a foreign entity; ROSEMARY BARE, MEDIATION REFERRALS GROUP HOME RETENTION DIVISION; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:09-cv-00700<br><br>**ORDER FOR DISMISSAL** |

Plaintiffs RODERIC A. CARUCCI and SUZANNE CARUCCI and Defendants Bank of America Home Loans Servicing, LP, ReconTrust Company, N.A., and Rosemary Bare, Mediation Referrals Group Home Retention Division, by and through their undersigned counsel, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

DMWEST #7688276 v1

Trial has not been set in this matter, however, oral arguments for Plaintiffs" Motion to Remand have been set for July 9, 2010. All parties additionally stipulate to the vacation of the July 9, 2010 oral arguments.

DATED this 6th day of July, 2010.

LAW OFFICES OF RODERIC CARUCCI

/s/ Roderic Carucci
RODERIC A. CARRUCI
Law Offices of Roderic Carruci
702 Plumas St.
Reno, NV 89509

*Plaintiff and attorney for Plaintiffs*

BALLARD SPAHR LLP

/s/ Daniel H. Stewart
STANLEY W. PARRY
Nevada Bar No. 1417
DANIEL H. STEWART
Nevada Bar No. 11287
100 North City Parkway. Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendants Countrywide Home Loans, Inc., and Federal National Mortgage Association*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
DATED: 07-09-2010

Submitted by:

BALLARD SPAHR LLP

/s/ Daniel Stewart
STANLEY W. PARRY
Nevada Bar No. 1417
DANIEL H. STEWART
Nevada Bar No. 11287
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendants Countrywide Home Loans, Inc., and Federal National Mortgage Association*

DMWEST #7688276 v1

2